MONDAY *v.* UTTER.

Nov. Term,
1860.

VONDERWEIT
*v.*
THE TOWN
OF CENTER-
VILLE.

*Thursday,
January* 24.

APPEAL from the *Cass* Circuit Court.

*Per Curiam.*—The only point made is, that there was a trial without a replication to the answer of set-off and counter-claim.

The suit was instituted and the pleadings filed before a justice of the peace, where it is specially provided by the statute that a replication is not necessary. 2 R. S., § 37, p. 458; *Button* v. *Lent*, 10 Ind. 365; Perk. Pr. 98.

The judgment is affirmed, with 5 per cent. damages and costs.

*J. Guthrie,* for appellant.
*D. D. Pratt,* for appellee.